**Motion Denied as Moot; Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 20, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00106-CV

————————

### IN RE MORTON INTERNATIONAL, INC., Relator

———————————————————————————————————

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-17509**

———————————————————————————————————

## M E M O R A N D U M   O P I N I O N

On February 6, 2012, relator filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. Relator asked this court to compel the respondent, the Honorable Mark Davidson, presiding judge of the 11th District Court of County, Texas, to vacate his order signed February 3, 2012, applying the law of Louisiana to five of the defendants, including relator, in the underlying suit. The real parties in interest filed a response, to which relator filed a reply. Relator also filed a motion for temporary relief, requesting a stay of trial set for April 16, 2012.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. Relator's motion for temporary relief is denied as moot.

PER CURIAM

Panel consists of Justices Brown, Boyce, and Christopher.